■ In the Matter of HELEN L. COHEN et al., Respondents, v. ROBERT D. CLARK et al., Appellants, et al., Respondents.— In a proceeding to invalidate petitions designating appellants, Robert D. Clark and Elizabeth E. Gussak, as candidates in the Republican Party Primary Election to be held on June 23, 1970 for the Party position of Member of the State Committee for the 52nd Assembly District, Kings County, the appeal is from a judgment of the Supreme Court, Kings County, dated June 9, 1970, which granted the application. Judgment affirmed, without costs. No opinion. Rabin, Acting P. J., Munder, Martuscello and Latham, JJ., concur; Benjamin, J., not voting.

■ In the Matter of ALBERT J. GRANT, Appellant, v. JAMES M. POWER et al., Constituting the Board of Elections of the City of New York, Respondents.— In a proceeding to validate petitions designating appellant as a candidate in the Democratic Party Primary Election to be held on June 23, 1970 for nomination for the public office of State Senator for the 8th Senatorial District, Queens County, the appeal is from a judgment of the Supreme Court, Queens County, entered June 10, 1970, which dismissed the proceeding. Judgment affirmed, without costs. No opinion. Rabin, Acting P. J., Munder, Martuscello, Latham and Benjamin, JJ., concur.

■ In the Matter of SAM HELLER et al., Respondents, v. SEYMOUR STOCK et al., Respondents, and THEODORE SILVERMAN, Appellant.— In a proceeding to invalidate petitions designating appellant as a candidate in the Democratic Party Primary Election to be held on June 23, 1970 for the Party position of Member of the State Committee, Male, for the 41st Assembly District, Kings County, the appeal is from a judgment of the Supreme Court, Kings County, dated June 8, 1970, which granted the application. Judgment affirmed, without costs. No opinion. Rabin, Acting P. J., Munder, Martuscello, Latham and Benjamin, JJ., concur.

■ In the Matter of ELLANORE LAMB et al., Respondents, v. JOHN BUTLER et al., Respondents, and C. HERBERT OLIVER, Appellant.— In a proceeding to invalidate petitions designating certain candidates in the Democratic Party Primary Election for the 37th Assembly District, Kings County, to be held on June 23, 1970, namely, respondent John Butler for nomination for the public office of Member of the Assembly, and appellant C. Herbert Oliver and respondent Thelma J. Hamilton as Member of the State Committee, Male and Female respectively, the appeal is from a judgment of the Supreme Court, Kings County, entered June 10, 1970, which enjoined the respondent Board of Elections from placing the name of appellant on the ballot and dismissed the proceeding in all other respects. Judgment affirmed insofar as it affects appellant, without costs. No opinion. Rabin, Acting P. J., Munder, Martuscello, Latham and Benjamin, JJ., concur.

■ In the Matter of L. CHARLES LEONARD, Appellant, v. MARVIN D. CRISTENFELD et al., Constituting the Board of Elections of the County of Nassau, and RICHARD C. DELIN, Respondents.— In a proceeding to invalidate petitions designating respondent Richard C. Delin as a candidate in the Conservative Party Primary Election to be held on June 23, 1970 for the public office of Judge of the Family Court, Nassau County, the appeal is from a judgment of the Supreme Court, Nassau County, entered June 8, 1970, which denied the application. Judgment affirmed, without costs. No opinion. Rabin, Acting P. J., Munder, Martuscello, Latham and Benjamin, JJ., concur.